IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| TOMAS CANTU AND LORENA CANTU | § | |
| *Plaintiffs,* | § § § | |
| v. | § | CIVIL ACTION NO. 2:15-cv-56 |
| SCOTTSDALE INSURANCE COMPANY | § § § | |
| *Defendant.* | § § § | |

## NOTICE OF REMOVAL

Defendant, Scottsdale Insurance Company ("Scottsdale"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal of the lawsuit captioned *Tomas Cantu and Lorena Cantu v. Scottsdale Insurance Company*; Cause No. 15-05-31319-MCVAJA, in the 365th Judicial District of Maverick County, Texas.

## I.
## BACKGROUND

1. Plaintiffs Tomas Cantu and Lorena Cantu (hereinafter "Plaintiffs") initiated the present action by filing their Original Petition in Cause No. 15-05-31319-MCVAJA, in the 365th Judicial District of Maverick County, Texas on June 4, 2015 (the "State Court Action"). *See* Plaintiffs' Original Petition, attached as Exhibit A.

2. Defendant appeared and answered on June 5, 2015, asserting a general denial to the claims and allegations made in Plaintiffs' Original Petition. *See* Defendant's Original Answer, attached as Exhibit B.

## II.
## DIVERSITY JURISDICTION

3. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the matter is removable to this Court pursuant to 28 U.S.C. § 1441(a) because there is complete diversity of citizenship between the properly joined parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.

**A.   Diversity of Parties**

4. Plaintiffs are domiciled in Maverick County, Texas. *See* Exhibit A, ¶ 2. Pursuant to 28 U.S.C. § 1332(a), therefore, Plaintiffs are citizens of the State of Texas.

5. Scottsdale Insurance Company is organized under the laws of Ohio and maintains its principal place of business in Arizona. Pursuant to 28 U.S.C. § 1332(c)(1), therefore, Scottsdale is a citizen of the States of Ohio and Arizona.

6. Accordingly, there is complete diversity between the parties.

**B.   Amount in Controversy**

7. Plaintiffs' Original Petition states that Plaintiffs seek "monetary relief between $200,000 (two-hundred thousand) and $1,000,000.00 (one-million) dollars." *See* Plaintiffs' Original Petition, Exhibit A, ¶ 48. The threshold for diversity jurisdiction, $75,000, is therefore admitted by Plaintiffs in their initial pleading.

8. Accordingly, the amount in controversy requirement is satisfied.

## III.
## CONCLUSION

9. Removal is proper pursuant to 28 U.S.C. § 1332 as there is complete diversity between Plaintiffs and Defendant, the amount in controversy exceeds $75,000, and Defendant is not a citizen of the state in which this case was brought.

10. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiffs through their attorney of record, and to the clerk of the 365th Judicial District Court of Maverick County, Texas.

11. Pursuant to 28 USC § 1446(a) and Local Rule 81.1, all required process, pleadings, and orders in the State Court Action not otherwise specifically identified as separate exhibits have been requested and will be filed upon receipt.

WHEREFORE, Defendant Scottsdale Insurance Company hereby provides notice that this action is duly removed.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert R. Russell
Texas Bar No. 24056246
rrussell@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Ave., Suite 800
Austin, Texas 78701
Telephone:  (512) 476-7834
Facsimile:    (512) 476-7832


ATTORNEYS FOR DEFENDANT,
SCOTTSDALE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via certified mail, return receipt requested on this 5th day of June, 2015.

| | |
|---|---|
| Larry W. Lawrence, Jr.<br>Michael Lawrence<br>Lawrence Law Firm<br>3112 Windsor Road, Suite A234<br>Austin, Texas 78703<br>lawrencefirm@gmail.com | ***7196 9008 9111 1861 9469***|
| Dan Cartwright<br>Lory Sopchak<br>Cartwright Law Firm, LLP<br>1300 Post Oak Blvd., Suite 760<br>Houston, Texas 77056<br>lory@dcartwrightlaw.net | ***7196 9008 9111 1861 9476*** |

                                                 */s/ Patrick M. Kemp*
                                                 Patrick M. Kemp